AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
## WESTERN DISTRICT OF KENTUCKY

FILED
VANESSA L. ARMSTRONG
DEC 17 2015
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | |
| | ) | Case No. 3:15-MJ-554 |
| LOUIS CHARLTON | ) | |

## CRIMINAL COMPLAINT

I, Erik D. Walker, the complainant in this case, state the following is true to the best of my knowledge and belief.

On or about November 16, 2015 in the county of Jefferson in the Western District of Kentucky, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) | knowingly and intentionally possessed with intent to distribute a Schedule II controlled substance, to wit: cocaine base, over 28 grams |
| 18 U.S.C. § 922(g)(1) | knowingly possessed, in and affecting commerce, a firearm, after having been convicted of a crime punishable by imprisonment for a term exceeding one year |
| 18 U.S.C. § 924(c)(1)(A) | in furtherance of a drug trafficking crime, knowingly possessed a firearm |

This criminal complaint is based on these facts:

    X    Continued on the attached sheet

*Complainant's signature*

Erik D. Walker
Special Agent, Bureau of Alcohol, Tobacco, Firearms & Explosives
*Printed name and title*

*Sworn to before me and signed in my presence.*

Date: December 16, 2015

*Judge's Signature*

COLIN H. LINDSAY
United States Magistrate Judge
*Printed Name and Title*

City and State: Louisville, Kentucky

JEK:JEL

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Erik D. Walker, being duly sworn, depose and state the following:

I am a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), and have been so employed since December 2014. I am a graduate of the Federal Law Enforcement Training Center and the ATF National Academy. Prior to ATF, I was employed for more than five years by the United States Secret Service as a criminal investigator. The following information was obtained through personal observation and knowledge, consultation with other members of law enforcement, and individuals named within this affidavit.

1. This affidavit is submitted in support of a Criminal Complaint and Arrest Warrant alleging that Louis CHARLTON has violated 18 U.S.C. §§ 922(g)(1) and 924(c)(1) as well as 21 U.S.C. §§ 841(a)(1) and (b)(1)(B). Because I submit this affidavit for the limited purpose of establishing probable cause in support of a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that the defendant committed the offenses alleged in the complaint.

2. This affidavit is based upon my own personal knowledge and observations, information received from other federal and local law enforcement officers, surveillance observations, and records, witness interviews, documents, and evidence obtained during the investigation.

3. On or about November 16, 2015, a Louisville Metro Police Department (LMPD) Confidential Informant (CI) informed Detective Hannah Carroll of the LMPD Mobile 9th

Unit that Louis CHARLTON is a narcotics supplier from whom the CI had been buying cocaine for the last two years. The CI also advised that CHARLTON had been observed to be in possession of a firearm. On this date Affiant and Detective Carroll utilized the CI to conduct a controlled purchase of cocaine from Louis CHARLTON -- B/M, DOB: XX/XX/1973. The CI purchased approximately one ounce of cocaine from CHARLTON at a controlled location utilizing ATF Agent Cashier Funds at the price of $700.00.

4. LMPD Detectives and ATF Special Agents conducted surveillance of the meet/buy location prior to and during the meet/buy. The CI was outfitted with an audio transmitting device so as to capture the transaction with CHARLTON.

5. An NCIC check revealed both CHARLTON and Misty FINLEY used the address of 3937 S. 5th Street, Louisville, KY. LMPD observed two vehicles parked in front of 3937 S. 5th Street, Louisville, KY. Both were registered to CHARLTON's wife, Misty FINLEY.

6. Law enforcement officials conducted a pat down of the CI before and after the buy for contraband. Law enforcement officials drove the CI to the area of CHARLTON's residence, 3937 S. 5th Street, Louisville, KY. The CI placed a telephone call to CHARLTON at cellular telephone number 502-XXX-5170, registered to Misty FINLEY. The CI and CHARLTON set up the purchase arrangements, including the quantity of narcotics. Law enforcement officials watched the CI walk to CHARLTON's residence where the CI entered through the rear door. The CI completed the transaction of purchasing narcotics and returned to the designated meet location with the suspected cocaine. ATF SSA Bradley Leveritt field tested the substance from the controlled purchase. The test reflected a positive result for cocaine.

7. Affiant, SA Johnson and Detective Moseley met with the CI after the purchase for evidence collection and information of events. The CI stated the following in summary:

   a. CHARLTON met the CI at the rear door of CHARLTON's residence where the CI had entered;

   b. The CI saw CHARLTON completing the requested cooking of the cocaine in the kitchen;

   c. The CI also saw a handgun in CHARLTON's waistband. The CI described the handgun as black and chrome; and

   d. The CI paid CHARLTON $700.00 for the cocaine, left the house and proceeded on foot to the pre-determined meet location.

8. Following the controlled purchase, on November 16, 2015, Louisville Metro Police (LMPD) and ATF obtained and served a state search warrant, at 3937 S. 5th Street, Louisville, KY 40214, CHARLTON's residence. LMPD K9 participated in the execution of the warrant. The K9 indicated positive for narcotics while in the residence. Officers found a Springfield, Model XDS 3.3, .45 caliber semiautomatic pistol (black and silver in color) bearing serial number XS561475, located on the floor in the living room next to the coffee table where narcotics and paraphernalia were also discovered. Additionally, officers located a SCCY, Model CPX-2, 9mm semiautomatic pistol (pink in color) bearing serial number 193958, lying on the coffee table in plain view next to the narcotics. Law enforcement officials also discovered assorted ammunition, a holster and magazine, approximately 51.8 grams of suspected crack cocaine, approximately 63.7 grams of suspected marijuana, assorted paraphernalia, assorted surveillance equipment, multiple cellular telephones and ninety six thousand four dollars ($96,004.00) in U.S. Currency. The firearms were checked and determined to not be reported stolen.

9. Affiant and Detective Carroll conducted an interview of CHARLTON at the scene at which time CHARLTON was provided his Miranda Rights. CHARLTON stated he receives illegal narcotics from and individual known to law enforcement, who delivers the narcotics to CHARLTON's residence. CHARLTON said he only sells to people he knows and maintains a regular customer base. CHARLTON said he purchased the .45 caliber semiautomatic pistol for $300.00 from an individual known to law enforcement in the Park Hill area. CHARLTON stated he has purchased guns from that individual in the past. CHARLTON said he is not a user but sells cocaine and other illegal narcotics for profit after cutting the narcotics with other substances.

10. Affiant and Detective Carroll also interviewed Misty FINLEY, W/F, DOB: 05/27/1980, at the scene at which time FINLEY stated she was aware of CHARLTON's business of dealing narcotics. FINLEY also stated she was aware that CHARLTON was a convicted felon and was in possession of a firearm that he purchased several months prior. FINLEY also claimed that she legally purchased the pink colored pistol which was recovered next to the illegal narcotics.

11. On December 07, 2015, ATF SSA Bradley Leveritt, an Interstate Nexus Examiner, examined the recovered firearms' descriptions of manufacturer and markings and is of the opinion that neither the Springfield, Model XDS 3.3, .45 caliber semiautomatic pistol bearing serial number XS561475 nor the SCCY, Model CPX-2, 9mm semiautomatic pistol (pink) bearing serial number 193958 was manufactured in the Commonwealth of Kentucky.

12. On December 3, 2015, Affiant received a Certified Copy of CHARLTON'S Jefferson County (KY) Circuit Court 2010 felony conviction in 10-CR-003022 for Possession of a Controlled Substance 1st Degree-Cocaine.

13. Affiant requested copies of CHARLTON'S 1993 and 1994 felony convictions in Jefferson Circuit Court as follows:

    93-CR-002867, Possession of a Controlled Substance 1st Degree-Cocaine; and

    94-CR-002001-001, Receiving Stolen Property.

14. Additionally, based upon affiant's training and experience and discussions with other law enforcement officials with extensive experience relative to drug trafficking investigations, the quantity and packaging of suspected controlled substances seized from CHARLTON's residence is larger than that which is associated with personal use. Rather, the quantity and packaging is indicative of narcotics distribution. Moreover, Affiant knows that firearms are considered "tools" of the drug trafficker's trade because they are used to protect both the controlled substances and money closely connected with the activities associated with drug trafficking.

## CONCLUSION

Affiant states that the evidence as outlined above establishes probable cause to believe that on or about November 16, 2015, in Jefferson County, Kentucky:

   a. Louis CHARLTON knowingly and intentionally possessed with intent to distribute a Schedule II controlled substance, to wit: Cocaine base, over 28 grams, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B);

   b. Louis CHARLTON knowingly possessed in an affecting commerce a firearm, after having been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of 18 U.S.C. § 922(g)(1); and

    c.  Louis CHARLTON, in furtherance of a drug trafficking crime, knowingly possessed a firearm in violation of 18 U.S.C. § 924(c)(1)(A).

*Erik D. Walker*
Special Agent-ATF

Sworn to me and subscribed in my presence this 17th day of December, 2015.

*COLIN H. LINDSAY*
United States Magistrate Judge

6